JAMES ROY CO., Respondent, v. ROY WOOLEN CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by the James Roy Company against the Roy Woolen Company. No opinion. Order affirmed, without costs.

In re JENSEN. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) In the matter of the claim of Marie Jensen, widow, and Harold Jensen and Evelyn Jensen, children, for compensation under the Workmen's Compensation Law (Laws 1914, c. 41) upon the death of Christen Jensen, in which the Southern Pacific Company, employer and self-insurer, appeals. No opinion. Decision and award affirmed. KELLOGG, J., not sitting.

JOHN CLARKE ESTATE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by the John Clarke Estate against the City of New York. No opinion. Motion to resettle order denied, with $10 costs. See, also, 151 N. Y. Supp. 714.

In re JOHNSON. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) In the matter of the application of Enoch Johnson for admission to the bar. No opinion. Application granted.

In re JOHNSON. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) In the matter of the application of Samuel D. Johnson for admission to the bar. PER CURIAM. On application of the petitioner, the committee on character making no objection, this matter is referred back to said committee, without thereby intending to disapprove of its present report.

JOHNSON, Respondent, v. HAY FOUNDRY & IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Lena Johnson, as administratrix, etc., against the Hay Foundry & Iron Works. T. H. Lord, of New York City, for appellant. F. X. McCollum, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

JOHNSON, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Kate Q. Johnson against James F. Johnson. PER CURIAM. Judgment modified, by striking out this provision, "together with an extra allowance of $50 for counsel fee," and, as thus modified, affirmed, without costs.

JOHNSTON, Respondent, v. JOHNSTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 12, 1915.) Action by Harriet L. Johnston against Harold D. Johnston. No opinion. Interlocutory judgment affirmed, with costs. See, also, 152 N. Y. Supp. 1120.

JOHNSTON, Respondent, v. JOHNSTON, Appellant. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Margaret C. Johnston against Francis W. Johnston. J. A. Valentine, of New York City, for appellant. E. J. Kelly, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1120.

JONES, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Arthur H. Jones against the National Surety Company. N. Rockwood, of New York City, for appellant. E. Potter, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JONES v. STANDARD PLUNGER ELEVATOR CO. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Matter of Frederick A. Jones against the Standard Plunger Elevator Company. No opinion. Motion granted. Settle order on notice. See, also, 152 N. Y. Supp. 910.

JOSEPH, Appellant, v. GUERNSEY, Respondent. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Isadore S. Joseph against Aai Guernsey. No opinion. Motion granted. See, also, 151 N. Y. Supp. 1123.

In re JOSEPHSON. (Supreme Court, Appellate Division, First Department. April 23, 1915.) In the matter of Axel Josephson, an attorney. No opinion. Proceeding dismissed. Settle order on notice.

In re JULIUS BIEN CO. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) In the matter of the assignment of Julius Bien Company to Sheldon Franklin, as assignee, etc. No opinion. Order settled. See, also, 165 App. Div. 679, 151 N. Y. Supp. 103.

In re KAMMERLOHR. (Supreme Court, Appellate Division, First Department. March 19, 1915.) In the matter of Joseph G. Kammerlohr. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice.

KARIBE, Appellant, v. EARLE, Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Clara N. Karibe against Edward Earle. J. N. Hayes, of New York City, for appellant. C. C. Smith, of New York City, for respondent. PER CURIAM. Order affirmed. Order filed. DOWLING, J., dissents.

In re KARUTZ. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) In the matter of Edward R. W. Karutz, an attorney. No opinion. Respondent suspended from practice for a term of three months from April 1, 1915.